**O'TOOLE SCRIVO, LLC**
JoAnn K. Dobransky - 3149
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
Attorneys for Defendant
Seneca Insurance Company, Inc.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BELLA VISTA OF ELIZABETH CONDOMINIUM, INC. a/k/a BELLA VISTA OF ELIZABETH CONDO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SENECA INSURANCE COMPANY, INC.,<br><br>　　　　　　　Defendant. | Civil Action No.:<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that defendant Seneca Insurance Company, Inc., ("Seneca") by and through its attorneys, O'Toole Scrivo, LLC, hereby removes this action pursuant to 28 U.S.C. §§ 1332(a) (1), 1441 and 1446, from the Superior Court of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, defendant Seneca states the following:

1.　Seneca is the defendant in the above-entitled action commenced by the above-named plaintiff by filing a Complaint in the Superior Court of New Jersey, Union County bearing Docket No. UNN-L-4477-25. A copy of the Summons and Complaint of which defendant Seneca has had notice is attached hereto as **Exhibit A**.

2. Plaintiff mailed a copy of the summons and complaint to the State of New Jersey, Department of Banking and Insurance, Office of the Commissioner as defendant Seneca's representative which was accepted for service on November 24, 2025. A copy of the correspondence confirming receipt by the Office of Commissioner is attached as **Exhibit B**.

3. Defendant Seneca received, by mail, a copy of plaintiff's summons and complaint on December 1, 2025. This constitutes all process, pleadings, and orders of which defendant has had notice.

4. Pursuant to 28 U.S.C. §1446(b)(1), a notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

5. The instant Notice of Removal is timely because it is filed within 30 days after defendant Seneca's receipt of plaintiff's summons and complaint.

6. This Notice of Removal is being filed within one (1) year of the filing of the State Court action which commenced on November 20, 2025. *See* Complaint attached hereto as **Exhibit A**.

7. This action is a suit of a civil nature and the amount involved, exclusive of interest and costs, exceeds the sum of $75,000.00.

8. The United States District Court has diversity jurisdiction over the subject matter of this civil action under 28 U.S.C. §1332(a)(1) in that it is an action wherein the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs and there is complete diversity of citizenship between the plaintiff and defendant Seneca.

(a) Plaintiff, The Bella Vista of Elizabeth Condominium, is now, and was at the time of commencement of this action, a corporation organized under the laws of the State of New Jersey with a principal place of business at 812 Jersey Avenue, Elizabeth, New Jersey 07208.

(b) Defendant Seneca is a corporation organized under the laws of New York with a principal place of business located at 199 Water Street, New York, New York.

8. This action is one of which the District Court of the United States has original jurisdiction.

9. Venue is proper in this District because it is in the "district and division embracing the place where such action is pending. *See* 28 U.S.C. § 1441(a).

10. Upon the filing of this Notice, defendant Seneca will give written notice thereof to plaintiff's attorney and file copies of this Notice with the Clerk of the Superior Court, Atlantic County, as provided by law.

11. There is attached hereto a true and correct copy of all process and pleadings of which defendant has had notice in this action.

**WHEREFORE**, defendant requests that this case be removed from the Superior Court of New Jersey, Union County, to this Court and proceed in this Court as an action properly removed thereto.

                              O'TOOLE SCRIVO, LLC

                              By: */s/ JoAnn K. Dobransky*
                                    JoAnn K. Dobransky

Dated: December 11, 2025